UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>                      Plaintiff,<br><br>v.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>                      Defendants. | Misc. Case No. 19-mc-271<br><br>Underlying Case in the U.S. District Court for the District of Columbia, Civil Action No. 1:05-cv-01548-RCL<br><br>**NOTICE OF MOTION TO QUASH THE SUBPOENA DATED MARCH 26, 2019** |

      **PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, upon the accompanying Memorandum of Law in Support of Non-Party State Development Bank VEB.RF ("VEB") (f/k/a Vnesheconombank)'s Motion to Quash the Subpoena dated March 26, 2019, the exhibits thereto, and the Declaration of Kenneth J. Pfaehler, Non-Party VEB will move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time to be determined by the Court, for an Order quashing the subpoena dated March 26, 2019, or in the alternative for an order staying compliance with the Subpoena pending resolution of the issues identified in the United States' Statements of Interest, with leave to refile the motion to quash at that time.

    Dated: May 24, 2019                             Respectfully submitted,

                                                        DENTONS US LLP

                                                        */s/ Kenneth J. Pfaehler*
                                                        Kenneth J. Pfaehler
                                                        Dentons US LLP
                                                        1900 K Street, N.W.
                                                        Washington, D.C. 20006
                                                        (202) 408-6468

(202) 496-7756
kenneth.pfaehler@dentons.com

*Counsel for Non-Party State Development Bank VEB.RF (f/k/a Vnesheconombank)*

2